IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | No. 12 CV 8321 |
| | ) | |
| v. | ) | |
| | ) | The Honorable Joan B. Gottschall |
| TASSO J. KACHIROUBAS, et al., | ) | |
| | ) | |
| Defendants. | | |

**Proposed Agreed Order for the Appointment of a Special Administrator**

In accordance with this Court's minute order on July 16, 2013 granting Plaintiff's motion

for the appointment of special administrators on behalf of deceased defendants James Kizart and

Nicholas Graves, the Court, upon agreement of the parties and being fully advised on the matter,

ORDERS as follows:

1.      Jerome Levin, Esq. is appointed to serve as the special administrator on behalf of

deceased Illinois State Police officer Defendant James Kizart and deceased Village of Dixmoor

police officer Defendant Nicholas Graves.  Mr. Levin's biographical and professional details are

attached as exhibit A to this Order.

2.      No discovery shall be issued to Jerome Levin.

3.      Any recovery against the estate of Nicholas Graves is limited to the proceeds of

any applicable liability insurance carried by the Village of Dixmoor or the Village's obligation to

indemnify Graves' estate under 745 ILCS 10/9-102.

4.      Any recovery against the estate of James Kizart is limited to the proceeds of any

applicable liability insurance carried by the State of Illinois.

So Ordered.

Dated:

SEP 0 4 2013

Hon. Joan B. Gottschall