## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT TAYLOR, | ) | |
| Plaintiff, | ) | Judge Joan B. Gottschall |
| | ) | |
| v. | ) | Case No. 12 C 8321 |
| | ) | |
| TASSO KACHIROUBAS, et al., | ) | |
| Defendants. | ) | |

### <u>ORDER</u>

Memorandum Opinion and Order entered. Defendants' motion to bifurcate [71] is granted. For details, see accompanying order.


DATED:   November 15, 2013                    _____/s/_____
                                             JOAN B. GOTTSCHALL
                                             United States District Judge


/em