**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 12-CV-08321 |
| | ) | |
| -v- | ) | Honorable Judge Joan B. Gottschall |
| | ) | Magistrate Judge Maria Valdez |
| TASSO KACHIROUBAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THE DIXMOOR DEFENDANTS' MOTION FOR JUDGMENT
ON THE PLEADINGS AS TO COUNT II (COERCIVE INTERROGATION)**

Now come the defendants, Joseph Falica and Michael Morgan, by and through their attorneys,

Litchfield Cavo, LLP, and pursuant to FRCP 12(c), move this court for entry of an order granting

them judgment on the pleadings as to Count II (Coercive Interrogation).  In support thereof, the

defendants submit their separately filed memorandum of law.

Respectfully submitted,

Litchfield Cavo, LLP

/s/ Patrick J. Ruberry

**Patrick J. Ruberry, Esq. (06188844)
LITCHFIELD CAVO, LLP
303 West Madison Street , Suite 300
Chicago, IL 60606-3300
Phone:  (312) 781-6677
Fax:  (312) 781-6630**

## CERTIFICATE OF SERVICE

I, the undersigned, being first duly sworn upon oath, depose and say that I caused to be served the foregoing <u>Dixmoor Defendants' Motion for Judgment on the Pleadings as to Count II (Coercive Interrogation)</u> by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record by CM/ECF on <u>September 10, 2014</u>.

Litchfield Cavo, LLP

<u>/s/ Patrick J. Ruberry</u>

**Patrick J. Ruberry, Esq. (06188844)**
**LITCHFIELD CAVO, LLP**
**303 West Madison Street , Suite 300**
**Chicago, IL 60606-3300**
**Phone:  (312) 781-6677**
**Fax:  (312) 781-6630**